The Honorable Benjamin Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ARIEL BIRTLEY-ROSS, TREVOR ROSS,<br><br>     Plaintiffs,<br><br>  vs.<br><br>E. LEE FELDER; OLYMPIC COLLEGE,<br><br>     Defendants. | NO. 3:21-cv-05901-BHS<br><br>STIPULATED MOTION AND ORDER DISMISSING WITH PREJUDICE |

  BY STIPULATION AND AGREEMENT, the Plaintiffs and Defendant Olympic College, by and through their respective counsel of record, in order to effect resolution of the matter, request the Court dismiss all claims against Olympic College in this matter with prejudice as the parties have reached a mutually agreeable resolution.

ROBERT W. FERGUSON
Attorney General

s/ Gregory G. Silvey

Gregory G.Silvey, WSBA #34117
Assistant Attorney General
7141 Cleanwater Drive SW
Tumwater, WA 98501
Phone: (360) 586-6300
Gregory.Silvey@atg.wa.gov
Attorneys for Defendant Olympic College

WARREN & SUGARMAN

s/

Ernest Warren, Jr., Esq. SB # 18649
838 SW 1st Ave., Ste. 500
Portland, OR 97204-3324

Phone: (503) 869-0710
e.warren@warrenpdxlaw.com
Attorneys for Plaintiffs
Ariel Birtley- Ross, Trevor Ross

STIPULATED MOTION AND ORDER
DISMISSING WITH PREJUDICE
NO. 3:21-cv-05901-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# ORDER

IT IS SO ORDERED.

DATED this 9th day of March, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

DATED this 8th day of March, 2023.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | WARREN & SUGARMAN |
| s/ Gregory G. Silvey<br>_____<br>Gregory Silvey, WSBA #34117<br>Assistant Attorney General<br>7141 Cleanwater Drive SW<br>Tumwater, WA 98501<br>Phone: (360) 596-6300<br>gregory.silvey@atg.wa.gov<br>Attorneys for Defendant Olympic College | s/<br>_____<br>Ernest Warren, Jr., Esq. SB # 18649<br>838 SW 1st Ave., Ste. 500<br>Portland, OR 97204-3324<br>Phone: (503) 869-0710<br>e.warren@warrenpdxlaw.com<br>Attorneys for Plaintiffs<br>Ariel Birtley- Ross, Trevor Ross |

STIPULATED MOTION AND ORDER
DISMISSING WITH PREJUDICE
NO. 3:21-cv-05901-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I certify that I caused the above document to be electronically filed using the CM/ECF system which will send notification of such filing to the following:

ERNEST WARREN, JR.
Warren & Sugarman
838 SW 1st Ave, Ste 500
Portland, OR 98204-3324
e.warren@warrenpdxlaw.com

DATED this 8th day of March, 2023.

          ROBERT W. FERGUSON
          Attorney General

          *s/Gregory G. Silvey*
          GREGORY G. SILVEY, WSBA No. 34117
          Assistant Attorney General
          Attorney General's Office – Torts Division
          7141 Cleanwater Dr SW
          Tumwater, WA 98501
          Phone: (360) 586-6300
          Email: gregory.silvey@atg.wa.gov

STIPULATED MOTION AND ORDER
DISMISSING WITH PREJUDICE
NO. 3:21-cv-05901-BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300